| AO 10<br>Rev. 1/2007 | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Howard, Marcia M | 2. Court or Organization<br><br>USDC-Middle District of FL | 3. Date of Report<br><br>5/7/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.  ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>2110 First Street<br>Fort Myers, FL 33901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | Morales Construction Co., Inc. |
| 2. Officer/Director | Morgar Realty, Inc. |
| 3. Director | Morales Investments of Jacksonville, Inc. |
| 4. Director | MIC Holdings Inc. |
| 5. Board Member | Girl Scouts of Gateway Council (non-profit) |
| 6. Board Member | American Cancer Society - Duval County Unit Advisory Board (non-profit) |
| 7. Board Member | Wolfson Children's Hospital Women's Board (non-profit) |
| 8. Member | St. Vincent's Hospital Women's Council (non-profit) |
| 9. Board Member / Secretary | Northeast Florida Center for Community & Justice (non-profit) |
| 10. Trustee | Irrevocable Insurance Trust #1 |
| 11. Board Member / Secretary | OneJax (non-profit) |

RECEIVED 2007 MAY 14 A 11: 08 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

1. 2003        McGuireWoods LLP 401(k) (administered by T. Rowe Price)

2.

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 5/7/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Interline Brands, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Interline Brands, Inc. | April 21-24, 2006 - Transportation, Food and Lodging in Bahamas |
| 2. | (accompanied ▮▮▮ on business travel occasioned by his employment) |
| 3. Jacksonville Bar Association | October 24-25, 2006 - Transportation and Lodging in Palm Beach, FL for Literacy Speakers Bureau training |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 5/7/2007 |

6. _____     _____

7. _____     _____

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 5/7/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 5/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia (bank acct) | D | Interest | N | T | | | | | |
| 2. Wachovia Stock | D | Dividend | N | T | | | | | |
| 3. Compass Bank Stock | C | Dividend | M | T | | | | | |
| 4. Southside Warehouse, Inc. Stock | C | Ptn. Inc. | K | U | | | | | |
| 5. Paragon Life / Met Life Variable Life Policy | B | Interest | J | T | | | | | |
| 6. Morales Investments of Jax, Inc. | A | Ptn. Inc. | J | U | | | | | |
| 7. MIC Holding | D | Ptn. Inc. | J | U | | | | | |
| 8. T. Rowe Price 401(k) | D | Int./Div. | M | T | | | | | |
| 9. NCNB Real Estate Fund | | | | | | | | | |
| 10. TRP RST Balanced | | | | | | | | | |
| 11. TRP Stable Value Fund | | | | | | | | | |
| 12. Bombardier 401(k) | D | Int./Div. | L | T | | | | | |
| 13. Franklin Real Estate Securities Fund/A | | | | | | | | | |
| 14. Investment Co. of America Fund/A | | | | | | | | | |
| 15. Washington Mutual Investors Fund/A | | | | | | | | | |
| 16. Growth Fund of America/A | | | | | | | | | |
| 17. Franklin Balance Sheet Investment/Inv. A. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 5/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Franklin Small Mid Cap Growth Fund/A | | | | | | | | | |
| 19. Euro Pacific Growth Fund/A | | | | | | | | | |
| 20. Templeton Developing Markets Trust/A | | | | | | | | | |
| 21. State Street EAFE International Index F | | | | | See Pt. VIII | | | | |
| 22. State Street S&P 500 Index | | | | | See Pt. VIII | | | | |
| 23. Wachovia 401(k) | D | Int./Div. | M | T | | | | | |
| 24. Stable Fund | | | | | | | | | |
| 25. Southland Life Insurance Policy | A | Interest | J | T | | | | | |
| 26. Bank of America C.D. | D | Interest | M | T | | | | | |
| 27. Morgan Professional Center | | None | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 5/7/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - The Irrevocable Trust disclosed on Line 13 is an unfunded trust.

Part III - My non-investment income since January 1, 2006 has been limited to my U.S. government salary.

Part VII, Co. B(2) - Ptn. Inc. = Partnership Income.

Part VII - The provider of this 401(k) reallocated the asset portfolio and added the funds listed in lines 21 and 22.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu[redacted] Date May 7, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544